# UNITED STATES DISTRICT COURT

for the

_____ District of _____

_____ Division

| | |
|---|---|
| Jecnel Accilicia Taylor | Case No. 2:25-cv-01832-IM |
| *Plaintiff(s)* | *(to be filled in by the Clerk's Office)* |
| *(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | |
| -v- | |
| Officer Kelly 7th District Police Station | |
| *Defendant(s)* | |
| *(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)* | |

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
### (Prisoner Complaint)

**NOTICE**

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Form 39.010

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

I.    The Parties to This Complaint

A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Jermel Arcilicia Taylor

All other names by which you have been known: Genius, PoTUS

ID Number: 24124924

Current Institution: SRCI

Address: 777 Stanton Blvd
Ontario    Or    97914
City        State    Zip Code

B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name: Officer Kelly

Job or Title (if known): Chicago Police Officer

Shield Number:

Employer: City of Chicago

Address: Harrison and Kedzic
Chicago    IL    60621
City        State    Zip Code

[ ] Individual capacity    [X] Official capacity

Defendant No. 2

Name: 7th District Police Station

Job or Title (if known):

Shield Number:

Employer:

Address: Harrison and Kedzic
Chicago    IL    60621
City        State    Zip Code

[ ] Individual capacity    [X] Official capacity

Form 39.010

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

Defendant No. 3
    Name _____
    Job or Title *(if known)* _____
    Shield Number _____
    Employer _____
    Address _____
                  *City*        *State*        *Zip Code*

    ☐ Individual capacity    ☐ Official capacity

Defendant No. 4
    Name _____
    Job or Title *(if known)* _____
    Shield Number _____
    Employer _____
    Address _____
                  *City*        *State*        *Zip Code*

    ☐ Individual capacity    ☐ Official capacity

## II.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

    ☐ Federal officials (a *Bivens* claim)

    ☒ State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

*Negligence, Incompetence, Racism, Discrimination, Amend. 1. Freedom of Religion.*

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Form 39.010

*Racist, white Pigs, Generationally Prejudiced.*

D.     Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

*Officer Kelly refused to Pay for me to get to Chicago from D.C. to point out the Person that killed my friend Aaron "Lil one" Bayley, Racist, white Devil.*

## III.    Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☐     Pretrial detainee

☐     Civilly committed detainee

☐     Immigration detainee

☒     Convicted and sentenced state prisoner

☐     Convicted and sentenced federal prisoner

☐     Other *(explain)*    _____

## IV.    Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.     If the events giving rise to your claim arose outside an institution, describe where and when they arose.

*Washington D.C.*

B.     If the events giving rise to your claim arose in an institution, describe where and when they arose.

*N/A*

**Form 39.010**

# Special Housing Law Library Request Form

This form must be properly completed for each service requested. If incomplete, SHU Law Library Request Form will be returned to you un-processed.

SID#: _____  Last: _____  First: _____

Date: _____ Institution _____ Housing Assignment: _____

> **Please complete ALL DEADLINE information. Be sure to include Court and Case Number information on all requests.**
> **If not applicable, please indicate by writing "NA" in those spaces.**

**Deadline:** _____/_____/_____  **Pro Se:** ☐ ☐  **Nature of Case:** _____
                                  YES  NO                        Example: Direct Appeal, Habeas Corpus, Post-Conviction, Mandamus, ect.

**Jurisdiction / Court:** _____  **Case Number:** _____
              Example: Malheur County Circuit Court / US Dist. Court          Example: A10000 / CV000001

**Attorney Name:** _____  **Case Name:** _____ v. _____
              Example: Attorney Last Name                         Example: State v. Your Last Name

Use space below for questions to a Legal Assistant, Law Library Coordinator, or when requesting miscellaneous information (Example: Attorney Address).
**Do Not Use This Space For Ordering Materials Or Forms.**

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____
                                                    Inmate Signature

*Library Use Only - - - - - - - Do Not Write Below This Line - - - - - - - - Library Use Only*

**Comments:** _____

_____

_____

_____

_____

_____

_____

_____

_____

**Requesting:** ☐ Copies    ☐ Envelope    ☐ Coordinator    ☐ LA Question

Tracking No: _____

Date Received: _____

Date Answered: _____          _____

LLISA Clerk Initials _____          Staff Signature

C1/SHU B327                        8-6-2014

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

C.     What date and approximate time did the events giving rise to your claim(s) occur?

Dec. 2020. There is a video on Facebook titled "Kenwood Killed Lil One" that I recorded him denying me the right to point out the killer of my friend.

D.     What are the facts underlying your claim(s)?  *(For example:  What happened to you?  Who did what? Was anyone else involved?  Who else saw what happened?)*

Officer/detective Kelly denied paying for me to get to chicago from D.C. to point out the killer (Kenwood) of my childhood friend Aaron "Lil One" Bagley because he was a drug dealer. Detective Kelly showed racism, discrimination, and indifference by not buying me a ticket to chicago. I kno they have a fund for it.

## V.     Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

White Supremacy gets on my last nerve! Black People were kicked off the Slave Plantations with nothing, Red Lined, Jim Crowed, went thru a Recession, and some more evil! What else was we going to do but hustle? Reparations is Due! Rest In Peace Aaron "Lil One" Bagley! PRIDE!

## VI.     Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged.  Explain the basis for these claims.

Nominal damage! I don't kno if they solved my friends murder or not since I was kidnapped in Washington County, Or. Just like Solomon Northup in 12 Years a Slave, I will change the narrative and end Poverty in Black America. Insha-Allāh! Alhamdulillāh!

**VII.    Exhaustion of Administrative Remedies Administrative Procedures**

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures.  Your case may be dismissed if you have not exhausted your administrative remedies.

A.    Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☐ Yes

☒ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

_____

B.    Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☒ Yes

☐ No

☐ Do not know

C.    Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes

☒ No

☐ Do not know

If yes, which claim(s)?

_____

D.    Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☐ Yes

☑ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☑ No

E.    If you did file a grievance:

1.    Where did you file the grievance?

*N/A*

_____

2.    What did you claim in your grievance?

_____

3.    What was the result, if any?

_____

4.    What steps, if any, did you take to appeal that decision?  Is the grievance process completed?  If not, explain why not.  *(Describe all efforts to appeal to the highest level of the grievance process.)*

_____

Form 39.010

F.    If you did not file a grievance:

    1.    If there are any reasons why you did not file a grievance, state them here:

       Talked to OSP

    2.    If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

       OSP

G.    Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

       N/A

*(Note:  You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII.    Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☑ Yes

☐ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

       U.S. D. C.

A.    Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☒ Yes

☐ No

B.    If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.    Parties to the previous lawsuit

Plaintiff(s)      Taylor

Defendant(s)      State of Illinois, et al

2.    Court *(if federal court, name the district; if state court, name the county and State)*

U.S.D.C. Or

3.    Docket or index number

2:25-CV-01240-IM

4.    Name of Judge assigned to your case

Immergut

5.    Approximate date of filing lawsuit

7.15.2025

6.    Is the case still pending?

☐ Yes

☒ No

If no, give the approximate date of disposition.      8.15.2025

7.    What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

Dismissed

C.    Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

☒ Yes

☐ No

D.    If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below.  *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.    Parties to the previous lawsuit

Plaintiff(s)    Taylor

Defendant(s)    Immergut

2.    Court *(if federal court, name the district; if state court, name the county and State)*

U.S.D.C. Or

3.    Docket or index number

2:25-cv-01685

4.    Name of Judge assigned to your case

Immergut

5.    Approximate date of filing lawsuit

9.19.2025

6.    Is the case still pending?

☒ Yes

☐ No

If no, give the approximate date of disposition    N/A

7.    What was the result of the case?  *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

Form 39.010

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## IX.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    _10. 3. 2025_

Signature of Plaintiff    _____

Printed Name of Plaintiff    _Jerrel A. Taylor_

Prison Identification #    _24124924_

Prison Address    _777 Stanton Blvd_

_Ontario_          _OR_    _97914_
City                State    Zip Code

### B.    For Attorneys

Date of signing:    _N/A_

Signature of Attorney    _____

Printed Name of Attorney    _____

Bar Number    _____

Name of Law Firm    _____

Address    _____

_____
City                State    Zip Code

Telephone Number    _____

E-mail Address    _____

Form 39.010